# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: April 15, 2015                                                    Judge: James Donato

Time: 17 Minutes

Case No.      **C-14-02864-JD**
Case Name     **Johnstech International Corp. v. JF Technology Berhad et al.**

Attorney(s) for Plaintiff(s):      Michael D. Kanach/Courtland Merrill
Attorney(s) for Defendant(s):   Shawn G. Hansen/Jennifer Hayes

Deputy Clerk: Lisa R. Clark                                    Court Reporter: Debra Pas

## PROCEEDINGS

Motion to Dismiss for Lack of Personal Jurisdiction - Held
Motion to Dismiss for Failure to State a Claim - Held

## RESULT OF HEARING

The Court heard argument from the parties on defendants' motions to dismiss. Defendants' motion to dismiss JF Technology for lack of personal jurisdiction is granted without prejudice. Defendants' motion to dismiss for failure to state a claim is denied in part and granted in part. Plaintiff's willful infringement claim will stand, but the inducement of infringement claim is dismissed without prejudice. A written order will follow. Plaintiffs have until 4/22/15 to amend the inducement claim if they choose to do so.
The Court heard oral argument from the parties on the discovery dispute. Defendant will submit a brief not to exceed three pages by Friday, April 17, 2015 explaining the legal basis for excluding Johnstech employees from inspecting the accused devices. The Court indicates it is likely to order that two of these devices be produced to plaintiff but reserves the issue of confidentiality pending the requested briefing.