Shawn G. Hansen (SBN 197033)
shansen@nixonpeabody.com
Jeffrey J. Lokey (SBN 200825)
jlokey@nixonpeabody.com
Jennifer Hayes (SBN 241533)
jenhayes@nixonpeabody.com
NIXON PEABODY LLP
2 Palo Alto Square
3000 El Camino Real, Suite 500
Palo Alto, CA  94306-2106
Telephone: 650-320-7700

*Attorneys for Defendants*
JF TECHNOLOGY BERHAD
JF MICROTECHNOLOGY SDN BHD

Robert P. Andris (SBN 130290)
randris@gordonrees.com
Michael D. Kanach (SBN 271215)
mkanach@gordonrees.com
GORDON & REES LLP
275 Battery, Suite 2000
San Francisco, CA 94111
Telephone:  415-986-5900

Courtland C. Merrill (*pro hac vice*)
cmerrill@anthonyostlund.com
Dan Hall (*pro hac vice*)
ANTHONY OSTLUND BAER &
LOUWAGIE P.A.
90 South Seventh Street, Suite 3600
Minneapolis, MN 55402
Telephone:  612-349-6969

*Attorneys for Plaintiff*
JOHNSTECH INTERNATIONAL CORP.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHNSTECH INTERNATIONAL CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>JF TECHNOLOGY BERHAD , et al.<br><br>Defendants. | Case No. 3:14-cv-02864-JD<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO COMPLETE MEDIATION** |

The Court's Order dated December 3, 2014 (Dkt. No. 49) adopted the Parties' Stipulation and [Proposed] Order Selecting ADR Process pursuant to Civil L.R. 16-8 and ADR L.R. 3-5 (Dkt. No. 48), selecting as the ADR process for this case private mediation at JAMS in San Francisco to be completed by May 1, 2015.

The Parties have explored direct settlement discussions in advance of mediation and find the possibility of settlement to be remote at this time due in part to the Parties' differing views on the proper construction of the claims of the Patent-in-Suit.  The Parties thus concur that mediation

is more likely to be successful following the Court's resolution of the Parties' claim construction disputes.

The Parties have completed the disclosures required under Patent L.R. 4-1 and 4-2 and succeeded in narrowing the disputed claim construction issues through the prescribed meet and confer processes, as reflected in the Joint Claim Construction and Prehearing Statement filed on April 6, 2015.  (Dkt. No. 62.)  The Court has not set a date for the Claim Construction Hearing. Accordingly, the Parties hereby stipulate and respectfully request the Court to order that the deadline for completing mediation shall be extended from May 1, 2015 to the date that is sixty (60) days after the Court issues its claim construction order in this case.

There has been no previous modification of the deadline for completing mediation.  The requested time modification would have no effect on the schedule for this case other than the date requested to be changed.

This stipulation is accompanied by the Declaration of Shawn G. Hansen filed concurrently herewith in accordance with Civil L.R. 6-2(a).

Dated: April 13, 2015                    NIXON PEABODY LLP

By: /s/ *Shawn G. Hansen*
  Shawn G. Hansen

*Attorneys for Defendants*


Dated: April 13, 2015                    ANTHONY OSTLUND BAER & LOUWAGIE P.A.

By: /s/ *Courtland C. Merrill*
  Courtland C. Merrill

*Attorneys for Plaintiff*
.

CIVIL L.R. 5-1(i)(3) ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of the document has been obtained from each of the other Signatories.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED:

2

3

4

5  Dated: April 21, 2015                    _____

6                                            The Honorable
                                             United States District Judge
7

*[GRANTED stamp signed by Judge James Donato]*