1  Shawn G. Hansen (SBN 197033)
   shansen@nixonpeabody.com
2  Jennifer Hayes (SBN 241533)
   jenhayes@nixonpeabody.com
3  NIXON PEABODY LLP
   2 Palo Alto Square, Suite 500
4  3000 El Camino Real
   Palo Alto, CA  94306-2106
5  Telephone: 650-320-7700

6  *Attorneys for Defendant and Counterclaimant*
   JF MICROTECHNOLOGY SDN BHD
7

8              **UNITED STATES DISTRICT COURT**

9   **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

10

11  JOHNSTECH INTERNATIONAL CORP.,          Case No. 3:14-cv-02864-JD

12              Plaintiff,                  **DECLARATION OF
                                            SHAWN G. HANSEN IN SUPPORT OF**
13      vs.                                 **JF MICROTECHNOLOGY'S
                                            MOTIONS *IN LIMINE***
14  JF MICROTECHNOLOGY SDN BHD,
                                            Date:     June 15, 2016
15              Defendant.                  Time:     3:00 pm
                                            Dept:     Courtroom 11, 19th Floor
16                                          Judge:    Hon. James Donato
    AND RELATED COUNTER CLAIMS.
17

18

19

20

21

22

23

24

25

26

27

28

I, Shawn G. Hansen, declare as follows:

1.      I am a partner at Nixon Peabody LLP, counsel of record in the above-captioned action for Defendant and Counterclaimant JF Microtechnology SDN BHD ("JFM"). I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have knowledge of the facts set forth in this declaration based on my personal involvement as lead counsel for JFM in this case and my review of the record. I could and would competently testify to the same if called upon to do so.

2.      Attached as Exhibit A is a true and correct copy of excerpts of Defendant JF Microtechnology's  First Set of Interrogatories to Plaintiff served on December 4, 2014.

3.      Attached as Exhibit B is a true and correct copy of excerpts of Defendant JF Microtechnology's First Set of Requests for Production to Plaintiff served on December 4, 2014.

4.      Attached as Exhibit C is a true and correct copy of Plaintiff Johnstech International Corp.'s Initial Disclosures Pursuant to Rule 26(a)(1) served on December 18, 2014.

5.      Attached as Exhibit D is a true and correct copy of excerpts of Johnstech's Answers to Defendants' First Set of Interrogatories (Nos. 1-10) served on January 5, 2015.

6.      Attached as Exhibit E is a true and correct copy of excerpts of Johnstech's Responses to JF Microtechnology's First Set of Requests for Production (Nos. 1-70) served on January 5, 2015.

7.      Attached as Exhibit F is a true and correct copy of excerpts of Johnstech's First Supplemental Answers to Defendants' First Set of Interrogatories (Nos. 1-10) served on June 1, 2015.

8.      Attached as Exhibit G is a true and correct copy of an email from Johnstech's counsel to JF Microtechnology's counsel transmitting a production with the bates range JOHNSTECH0007937 – 7982 served on November 2, 2015.

9.      Attached as Exhibit H is a true and correct copy of excerpts of Johnstech's Third Supplemental Answers to Defendants' First Set of Interrogatories (Nos. 1-10) served on November 5, 2015.

10.      Attached as Exhibit I is a true and correct copy of excerpts of the transcript of the

1    deposition of David Johnson taken on November 12, 2015.

2        11.    Attached as Exhibit J is a true and correct copy of excerpts of the transcript of the

3    deposition of Dennis Wagner taken on November 13, 2015.

4        12.    Attached as Exhibit K is a true and correct copy of excerpts of Johnstech's Expert

5    Report on Damages by John Beck, CPA, CPE, CMA including exhibits dated December 2, 2015.

6        13.    Attached as Exhibit L is a true and correct copy of JF Microtechnology's Fourth

7    Set of Requests for Production of Documents to Plaintiff (Expert) served on December 16, 2015.

8        14.    Attached as Exhibit M is a true and correct copy of Johnstech's Responses to JF

9    Microtechnology's Fourth Set of Requests for Production of Documents (Nos. 94-100) served on

10   January 19, 2016.

11       15.    Attached as Exhibit N is a true and correct copy of Johnstech's Rebuttal Expert

12   Report of Michael Andres, dated December 23, 2015.

13       16.    Attached as Exhibit O is a true and correct copy of excerpts of Johnstech's

14   Answers to Defendants' Second Set of Interrogatories (Nos. 11-14) served on June 10, 2015.

15       17.    Attached as Exhibit P is a true and correct copy of excerpts of JFM's Expert

16   Report Regarding Invalidity by T. Kim Parnell, PH.D., PE including exhibits dated December 2,

17   2015.

18       I declare under penalty of perjury that the foregoing is true and correct.

19       Executed on May 18, 2016 at Palo Alto, California.

20

21       _/s/ Shawn G. Hansen_____
         Shawn G. Hansen

22

23

24

25

26

27

28