ROBERT P. ANDRIS (SBN 130290)
MICHAEL D. KANACH (SBN 271215)
GORDON & REES LLP
275 Battery, Suite 2000
San Francisco, CA 9411
Telephone:     (415) 986-5900
Facsimile:     (415) 986-8054
Email: randris@gordonrees.com
       mkanach@gordonrees.com

COURTLAND C. MERRILL (pro hac vice)
DAN HALL (pro hac vice)
ANTHONY OSTLUND
BAER & LOUWAGIE P.A.
90 South Seventh Street, Suite 3600
Minneapolis, MN  55402
Telephone: (612) 349-6969
Facsimile: (612) 349-6996
Email: cmerrill@anthonyostlund.com
       dhall@anthonyostlund.com

Attorneys for Plaintiff
JOHNSTECH INTERNATIONAL CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHNSTECH INTERNATIONAL CORP., | CASE NO.  14-cv-02864 JD |
|---|---|
| Plaintiff, | **DECLARATION OF DAN HALL IN OPPOSITION TO DEFENDANT'S MOTIONS IN LIMINE NOS. 1-8** |
| v. | |
| JF MICROTECHNOLOGY SDN BHD, | **Date:**  June 15, 2016<br>**Time:**  3:00 p.m.<br>**Courtroom:**  11, 19th Floor<br>**Judge:**  Hon. James Donato |
| Defendant. | |

I, Dan Hall, declare as follows:

1. I am over eighteen years of age and have personal knowledge of the facts stated in this declaration. If called upon to do so, I could testify as to the matters set forth herein.

2. I am one of the attorneys representing Plaintiff Johnstech International Corp. ("Johnstech") in this matter. I submit this declaration in opposition to Defendant's ("JFM") Motions in Limine Nos. 1-8.

CASE NO.  14-cv-02864 JD      - 1 -      DECLARATION OF DAN HALL IN OPPOSITION TO DEFENDANT'S MOTIONS IN LIMINE NOS. 1-8

3. On January 6, 2016, JFM served a notice for the deposition of one of Johnstech's experts, Mr. John Beck. When JFM was reminded that they would be required to pay for Mr. Beck's time spent preparing for and testifying in deposition, JFM decided it would forgo the deposition. Attached as **Exhibit 1** is a true and correct copy of Defendant's Notice of Deposition of John Beck, dated January 6, 2016.

4. Attached as **Exhibit 2** is a true and correct copy of Plaintiff's Disclosure of Asserted Claims and Infringement Contentions, dated December 19, 2014.

5. Attached as **Exhibit 3** is a true and correct copy of the Declaration of Michael Andres, dated December 2, 2015.

6. Attached as **Exhibit 4** is a true and correct copy of the Expert Report on Damages by John Beck, dated December 2, 2015. **This exhibit was designated "HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY" by both JFM and Johnstech under the Stipulated Protective Order.**

7. Attached as **Exhibit 5** is a true and correct copy of the Report on Testing of Contactor Motion prepared by Stuart Brown, Ph.D., dated December 1, 2015.

9. Attached as **Exhibit 7** is a true and correct copy of a chart titled GM Calcs, bates labeled JOHNSTECH005863. **This exhibit was designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Johnstech under the Stipulated Protective Order.**

11. Attached as **Exhibit 9** is a true and correct copy of a chart titled 10/11/2012 Estimate (Concept 5B2, Dual Elastomer), produced by non-party Interconnect Devices, Inc. ("IDI") and bates labeled IDI00001215 (Beard). **This exhibit was designated "CONFIDENTIAL" by IDI under the Stipulated Protective Order.**

12. Attached as **Exhibit 10** is a true and correct copy of a chart titled 10/18/2012 Estimate (JTI PAD ROL200 Duplicate), bates labeled IDI00001216 (Beard). **This exhibit was designated "CONFIDENTIAL" by IDI under the Stipulated Protective Order.**

13. Attached as **Exhibit 11** is a true and correct copy of an Archimedes Technology slide produced by IDI, bates labeled IDI00001240 (Beard). **This exhibit was designated

1. **"CONFIDENTIAL" by IDI under the Stipulated Protective Order.**[1]

I declare under criminal penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 1, 2016

ANTHONY OSTLUND
BAER & LOUWAGIE P.A.

By: */s/ Daniel R. Hall*
DANIEL R. HALL
Attorneys for Plaintiff
JOHNSTECH INTERNATIONAL CORP.

---

[1] Exhibits 6 and 8 were removed after discussions between the parties aimed at reducing duplicative exhibits being filed with the Court in support and opposition to these Motions in Limine.