UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNSTECH INTERNATIONAL CORP., <br> Plaintiff, <br> v. <br> JF MICROTECHNOLOGY SDN BHD <br> Defendants. | Case No. 14-cv-02864 <br><br> **PROPOSED VOIR DIRE QUESTIONS** |

The Court will ask these voir dire questions at the request of the parties. They are in addition to the Court's standard questions. The parties are responsible for printing sufficient copies of the lists at the end of the order for the jury. The parties must file a copy of the lists to be distributed to the jury by **Friday, September 16, 2016.** Objections to the proposed questions must be filed by **12:00 p.m. on September 14, 2016.**

**IT IS SO ORDERED.**

Dated: September 12, 2016

_____
JAMES DONATO
United States District Judge

**VOIR DIRE QUESTIONS**

1. Do you have a science or engineering degree?
2. Have you or anyone close to you ever appeared in court or a court proceeding as a plaintiff or defendant, a witness, a victim or as an expert?
3. Have you or anyone close to you ever filed a lawsuit or been sued?
4. Have you ever been involved in developing a new product or process?
5. Have you or anyone close to you ever worked in the semiconductor industry?
6. Have you or anyone close to you ever applied for a patent?
    a. What was the patent for?
    b. When did you apply for it?
    c. Was there any litigation involving the patent?
7. Have you or anyone close to you ever been involved with obtaining a patent in any way?
8. Do you have any strong positive or negative opinions about the United States patent system?
9. Do you believe that it is wrong for a company to sue another company for patent infringement?
10. Do you believe it is wrong for someone to profit from an invention?
11. Do you have any strong positive or negative opinions about technology patents?
12. Do you believe that it would be wrong for a company accused of patent infringement to challenge the validity of a patent granted by the United States Patent and Trademark Office?
13. Do you believe that it would be wrong to award damages to a patent owner if another company is determined to infringe a patent?
14. Do you have any positive or negative opinions about Malaysian companies or business people?
15. The parties in this case are two companies: Johnstech International Corp. and JF Microtechnology SDN BHD.

a. Have you or anyone close to you ever worked for either company?
b. Are you personally acquainted with any officer, director, or employee of either company?
c. Have you or anyone close to you ever owned any stocks or bonds in either company?
d. Have you or anyone close to you ever had any financial dealings with either company?
e. Do you have any strong negative or positive opinions about either company?

16. You have been given a list of the attorneys and law firms involved in this litigation. Do you know any of these attorneys?
17. You have been given a list of the individuals who might appear as witnesses in this case. Do you know any of these individuals?
18. Have you read about this case, heard it discussed, or otherwise have any personal knowledge of it beyond what you have heard this morning?
19. Do you have any difficulty understanding English or reading documents in English?
20. Do you know of any other matter or issue not previously discussed that you believe would affect your ability to be a fair and impartial juror in this case?

**ATTORNEYS**

[To be provided by parties.]

**WITNESSES**

[To be provided by parties.]